```
CNQ21R01                      GALLAGHER BASSETT SERVICES, INC.
                                  PRINT CLAIM NOTES

CLAIM NUMBER :  002236-000751-WC-01 (OPEN  )
CLAIMANT NAME:  RICHTER,MIKE
ACCIDENT DATE:  09-06-2017




-------------------------------------------------------------------------------
ENTRY DATE   :  07-22-2020 (12:02) SUBJECT:  015 NURSE NOTES
AUTHOR       :  G B C A R E - CLINTON, IA

   GBCARE has received your referral for IW: MIKE RICHTER, RisxFacs Claim
   Number: 002236-000751-WC-01, Should you have any immediate questions or
   concerns please dial 800-853-0853
-------------------------------------------------------------------------------
ENTRY DATE   :  07-23-2020 (14:01) SUBJECT:  015 NURSE NOTES
AUTHOR       :  G B C A R E - CLINTON, IA

   Request for scheduling IME sent to EW. Pending scheduling information from
   EW.
   Author: GBCARE
   Subject: 002 Medical
   All documents categorized as medical and all medical records in E-Bill
   have been pulled.
   ,CR-Ariana Chairez, , (615) 778-5114,
-------------------------------------------------------------------------------
ENTRY DATE   :  07-23-2020 (16:04) SUBJECT:  015 NURSE NOTES
AUTHOR       :  G B C A R E - CLINTON, IA

   EW: The closest ortho I have to Mike s location would be Dr. Nipper in
   Rapid City. He ll be there on August 6th. Will that work?? His current
   report turnaround time is 3-4 weeks if the file is under 300 pages and 6-8
   weeks if it is larger than 300.
   ,CR-Melanie Earle, , (615) 778-5114,
-------------------------------------------------------------------------------
ENTRY DATE   :  07-23-2020 (17:02) SUBJECT:  015 NURSE NOTES
AUTHOR       :  G B C A R E - CLINTON, IA

   RM: That s fine.
   ,CR-Melanie Earle, , (615) 778-5114,
-------------------------------------------------------------------------------
ENTRY DATE   :  07-24-2020 (11:04) SUBJECT:  015 NURSE NOTES
AUTHOR       :  G B C A R E - CLINTON, IA

   Examinee: Mike Richter
   Claim #: 002236-000751-WC-01
   IME with EXAMINER: Jeffrey H. Nipper, M.D.

CONTINUED ON THE NEXT PAGE
```

DEF-001848

Exhibit E