## South Dakota Employer's First Report of Injury
(See Instructions on Back of Form)

**EMPLOYEE**

SSN: _____ Date of Birth: ▮▮▮▮ Gender: M [x]  F [ ]   # Dependants: 0

Name: RICHTER                    MIKE
         (Last)                  (First)                (Middle Initial)

Mailing Address: UNK - UNK

City: UNK          State: _____ Zip: _____ Telephone No.: ▮▮▮▮▮

Employee signature (X) _____ Date: _____

[ ] Less than High School
[ ] GED or High School
[ ] Beyond High School

**INJURY / TREATMENT**

Date of Injury: 09/06/2017   Time of Injury: 12:00 PM   Fatality Date (if applicable): _____

County Where Injury Occurred: CROOK      Was Safety Equipment Provided? Yes [ ] or No [x]

Time Work Day Began on Date of Injury: 04:00 PM   Was Safety Equipment used?   Yes [ ] or No [x]

Date Returned to Work (if applicable): _____   Did Injury Occur on Employer Premises? Yes [ ] or No [x]

Address or Location of Injury: HIGHWAY 212   UNK - UNK - COLONY - WY

Description of Injury: THE WAS REAR ENDED BY AN OV WHILE DRIVING A COMPANY VEHICLE, SUSTAINING NECK AND BACK INJURIES.

Date Employer Notified of Injury: 09/06/2017

Injury Reported to: _____ Witness: _____

(See Codes on Reverse)

0   Body Part Injured

(If code 90, Multiple Injury, please specify body part codes for each body part injured.)

_____   _____

_____   _____

0   Nature of injury
0   Cause of Injury

**Type of Treatment (please check one)**

[ ] No Treatment
[ ] On-Site Treatment
[ ] Clinic
[x] Emergency Room
[ ] Hospitalization

If treatment sought, please specify provider
Doctor, Clinic or Hospital Name: ▮▮▮▮▮▮▮▮

Mailing Address: 1440 N MAIN ST

City: SPEARFISH          State: SD   Zip: 57783

Telephone No.: (605)644-4000

**EMPLOYER/EMPLOYMENT INFORMATION:**

Federal ID No.: ▮▮▮▮▮          # Employees: _____

Employer Name (DBA): BCFDWCINS - BCF

Mailing Address: PO BOX 2010

City: BELLE FOURCHE          State: SD   Zip: 57717

Telephone No.: (605)892-3730   County Where Employer Located: BUTTE

Employer signature: BILL BAXENDALE          Date: 09/06/2017

Employment Type [x] Regular or [ ] Temporary

Emp. Status [x] FT [ ] PT [ ] Seasonal [ ] Volunteer

Date Employee Hired: _____

Employee's Position: LEAD MAN

Employee's Time in Current Position: _____

Employee's Hours Per Week: 40

Employee's Current Wage: _____ per UNKNOWN

**CLAIM OFFICE INFORMATION**

NAICS for Employer Being Insured (Nature of Business): 0000

Carrier Code _____   FEIN (Claim Office) _____

Claim Office GALLAGHER BASSETT SERVICES

Claim Office Address P.O. BOX 8009

City ITASCA   State IL   Zip Code 60143

Telephone (847)273-0100

Email Address _____

Claim Office Claim # _____

Date Notified 9/6/2017   Date to DOL _____

[ ] Check if Claim Office is same as Insurance Provider
If not, you must copmplete the following
**UNDERLYING INSURANCE PROVIDER INFORMATION**

Carrier Code (If applicable): _____   FEIN (Insurance Provider) _____

Represented Entity Name _____

Address _____

City _____ State _____ Zip Code _____

Telephone Number _____

Policy Number _____

Effective Dates _____ TO _____

Adjuster / Contact Person _____

For information regarding the Workers' Compensation System go to www.sdjobs.org

DLR-LM-101 Revised 3/2012          126095184 09/06/2017

Exhibit F