```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.
                               PRINT CLAIM NOTES


CLAIM NUMBER :  002236-000751-WC-01 (OPEN  )
CLAIMANT NAME:  RICHTER,MIKE
ACCIDENT DATE:  09-06-2017
```

```
--------------------------------------------------------------------------
ENTRY DATE   :  10-09-2017 (14:44) SUBJECT:  002 MEDICAL
AUTHOR       :  WYSE,DAWN

D.F.I. - full duty release
Category        : Medical
Date Attached   : 09-Oct-2017
User ID         :  (034455)
File Name       : IMAGE001.PNG
Description     : rtw 10/9/17
System Information:
    Category ID  : 4
    Document ID  : 101753030
    File Name    : EX20171009206CF1BE88374A2EA970E30E6CD78527.PNG
    File Location: Attachments\2017\10\09\0030\
--------------------------------------------------------------------------
```

DEF-001802

Exhibit G