```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.
                                  PRINT CLAIM NOTES


CLAIM NUMBER :  002236-000751-WC-01 (OPEN  )
CLAIMANT NAME:  RICHTER,MIKE
ACCIDENT DATE:  09-06-2017
```

```
ENTRY DATE   :  04-17-2019 (14:58) SUBJECT:  003 INVESTIGATION
AUTHOR       :  WYSE,DAWN

clmt called he is wanting to know if I will pay him for the days he takes off
due to headaches. Also wants to know if he can get reimbursed for his doctor
visits. His lawyer told him we were responsible for his medical the rest of
his life.

CONTINUED ON THE NEXT PAGE
```

DEF-001823

Exhibit H