```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.
                                  PRINT CLAIM NOTES


    CLAIM NUMBER :  002236-000751-WC-01 (OPEN  )
    CLAIMANT NAME:  RICHTER,MIKE
    ACCIDENT DATE:  09-06-2017



    ------------------------------------------------------------------------
    ENTRY DATE   :  12-13-2019 (13:02) SUBJECT:  003 INVESTIGATION
    AUTHOR       :  WYSE,DAWN

    The claimant called, ███████████████████████████████████████
    ████████████████████████
    File reopened for treatment.
    Still employed with Amcol.
    Says the more he drives the heavy equipment the more his neck hurts.
    Claims no new incidents, no slip and fall, no mva.
    ------------------------------------------------------------------------
```

DEF-001824

Exhibit I