```
CNQ21R01                   GALLAGHER BASSETT SERVICES, INC.
                                 PRINT CLAIM NOTES


CLAIM NUMBER :  002236-000751-WC-01 (OPEN  )
CLAIMANT NAME:  RICHTER,MIKE
ACCIDENT DATE:  09-06-2017
```

```
-----------------------------------------------------------------------------
ENTRY DATE   :  08-27-2020 (14:38) SUBJECT:  002 MEDICAL
AUTHOR       :  GATHMAN,BETTY

D.F.I. - Examworks to minnesotarecords@eamworks.com instead of Faxing to 952-2
Category        : Medical
Date Attached   : 27-Aug-2020
User ID         : (039395)
File Name       : MB-002236000751WC01 Mike Richter .txt
Description     : 08/27/20 - Emailed Medical Files and FROI to 08/27/20 -
Examworks to minnesotarecords@eamworks.com instead of Faxing to 952-229-8510
due to the high amount of records to be sent prior to IME.  CC'd Wyse and
Gathman
System Information:
    Category ID  : 4
    Document ID  : 152159980
    File Name    : EX2020082780018D78754545EEB104D5B1A69F4D27.txt
    File Location: Attachments\2020\08\27\0029\
-----------------------------------------------------------------------------
ENTRY DATE   :  08-27-2020 (14:38) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

Assistant Task From Notebook : LINK, LISA (001838)
Notebook Subject          : 002 MEDICAL
Created by                : 27-Aug-2020 WYSE, DAWN (034455)
Completed by              : 27-Aug-2020 GATHMAN, BETTY (039395)
Reason:
record copy
Assistant Task:
please copy medical and 1st report and fax to
952 229-8510 for IME exam
Comments:
08/27/20 - Emailed Medical Files and FROI to Examworks to
minnesotarecords@eamworks.com instead of Faxing to 952-229-8510 due to the
high amount of records to be sent prior to IME.  CC'd Wyse and Gathman
-----------------------------------------------------------------------------
```

DEF-001856

Exhibit K