**From:** Erin Schoenbeck Byre
**Sent:** Thursday, February 22, 2024 11:00 AM
**To:** Kimberly Brown; Ruggirello, Nicole; Deanne Ayers; Bill Garry
**Cc:** Scott Abdallah; Mike Simpson
**Subject:** RE: Richter v. XL Ins., et al.

Thank you.  Bill/Nicole will you please send over your signature page, too, and we will get it filed.

Erin

**From:** Kimberly Brown <kim@ayersfirm.com>
**Sent:** Thursday, February 22, 2024 10:58 AM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>
**Subject:** Re: Richter v. XL Ins., et al.

Please see the attached Joint Motion for Protective Order, signed by Attorney Ayers.

Yours truly,

KB

Kimberly A. Brown, Paralegal
Ayers & Ayers
Ayers Plaza
4205 Gateway Drive
Suite 100
Colleyville, Texas 76034
(817)267-9009

*********************************
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§§§ 2510 - 2521, and is legally privileged.  The information contained herein is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are notified any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us by telephone at 817-267-9009 and destroy the original message. E-mail communication may not be a secure method of communication. You consent to receive e-mail communications unless you notify me to the contrary. This communication does not reflect an intention by sender or sender's client to conduct a transaction or make an agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

This sender is a legal assistant and nothing contained in this electronic communication is intended to constitute legal advice.

*********************************

EXHIBIT

B

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Date:** Tuesday, February 20, 2024 at 9:43 AM
**To:** "Ruggirello, Nicole" <NRuggirello@plunkettcooney.com>, Deanne Ayers <dayers@ayersfirm.com>, Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>, Mike Simpson <Mike@simpsonsdlaw.com>, Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter v. XL Ins., et al.

Good Morning All:

Please find attached the protective order with all parties' edits redlined, and the Joint Motion.  I ask that the parties please approve the final draft of the order today, and then sign and return the Joint Motion.

Thank you,

Erin

**From:** Erin Schoenbeck Byre
**Sent:** Tuesday, February 20, 2024 9:16 AM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter v. XL Ins., et al.

Hey All:

To move this matter forward, as this has been in people's inboxes for almost two weeks now, I am having Jen draft a Jnt Mtn for Protective Order.  I will circulate, and then can we please get the Protective Order filed.

Deanne you indicated the documents were ready to be produced two weeks ago, and promised we would have them with entry of the order.  We would like to keep things moving forward.

Erin

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Monday, February 12, 2024 4:52 PM
**To:** Deanne Ayers <dayers@ayersfirm.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter v. XL Ins., et al.

Hi everyone,

We have proposed some additional redlines to Paragraph 11 of the attached.  With those changes, we are in agreement with the protective order.

Thanks,
Nicole

 **Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Deanne Ayers <dayers@ayersfirm.com>
**Sent:** Wednesday, February 7, 2024 6:12 AM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; erin@janklowabdallah.com; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Re: Richter v. XL Ins., et al.


**[EXTERNAL]**

Good morning Nicole and Bill:

Looping you in on the discussion.  Please advise as to whether XL agrees to the terms in the attached IPO.  The attached contains my draft with Erin's edits.  If XL approves, we would like to get this filed later today.  Thanks, Deanne


Deanne C. Ayers

Ayers & Ayers

Ayers Plaza

4205 Gateway Drive

Suite 100

Colleyville, Texas 76034

(817) 267-9009

Licensed in Arizona|Colorado|Massachusetts|Minnesota|Montana|New York|Oklahoma|South Dakota|Texas


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and is legally privileged. The information contained herein is intended only for the use of the reader of this message.  If you are not the intended recipient, or the employee or agent responsible for delivery of it to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone at (817) 267-9009 and destroy the original message. E-mail communication may not be a secure method of communication. You consent to receive e-mail communication unless you notify me

to the contrary. This communication does not reflect an intention by sender or sender's client to conduct a transaction or make an agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, and versions of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Monday, February 5, 2024 5:05 PM
**To:** Kimberly Brown <kim@ayersfirm.com>; Deanne Ayers <dayers@ayersfirm.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>
**Subject:** RE: Richter v. XL Ins., et al.

Please find attached the edits to the protective order, if you are agreeable to the edits, we can sign the document.

Erin

---

**From:** Kimberly Brown <kim@ayersfirm.com>
**Sent:** Monday, February 5, 2024 4:06 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Cc:** Deanne Ayers <dayers@ayersfirm.com>
**Subject:** Richter v. XL Ins., et al.

Dear Ms. Byre:

Attached please find a proposed Protective Order. Please provide your comment to this document.

Yours truly,

KB

Kimberly A. Brown, Paralegal
Ayers & Ayers
Ayers Plaza
4205 Gateway Drive
Suite 100
Colleyville, Texas 76034
(817)267-9009

*********************************

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§§§ 2510 - 2521, and is legally privileged.  The information contained herein is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are notified any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us by telephone at 817-267-9009 and destroy the original message. E-mail communication may not be a secure method of communication. You consent to receive e-mail communications unless you notify me to the contrary. This communication does not reflect an intention by sender or sender's client to conduct a transaction or make an agreement by electronic means. Nothing

contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

This sender is a legal assistant and nothing contained in this electronic communication is intended to constitute legal advice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*