**From:**      Erin Schoenbeck Byre
**Sent:**      Thursday, February 22, 2024 11:10 AM
**To:**        William Garry
**Cc:**        Ruggirello, Nicole; Deanne Ayers
**Subject:**   RE: Richter

Thanks, Bill. I appreciate it.  We will get it filed.

-----Original Message-----
From: William Garry <bgarry@cadlaw.com>
Sent: Thursday, February 22, 2024 11:06 AM
To: Erin Schoenbeck Byre <erin@janklowabdallah.com>
Cc: Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>
Subject: Richter

Erin - attached is my signature page to the Joint Motion.


William C. Garry
CADWELL SANFORD DEIBERT & GARRY LLP
200 E. 10th Street, Suite 200
Sioux Falls, SD 57104
Phone: (605) 336-0828
Fax: (605) 336-6036
Email:  bgarry@cadlaw.com
Website: www.cadlaw.com

NOTICE:  This message (including any attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. § 2510 - 2521, is confidential and may also be protected by attorney/client privilege.  If you believe that it has been sent to you in error, do not read it.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.


-----Original Message-----
From: scans@cadlaw.com <scans@cadlaw.com>
Sent: Thursday, February 22, 2024 11:03 AM
To: William Garry <bgarry@cadlaw.com>
Subject: Scan From Copier

See Attached File
-------------------
TASKalfa 6053ci
[00:17:c8:66:6a:42]
-------------------



1