| | |
|---|---|
| **From:** | Erin Schoenbeck Byre |
| **Sent:** | Tuesday, February 27, 2024 1:34 PM |
| **To:** | Ruggirello, Nicole |
| **Subject:** | RE: Protective Order filed in 4:23-cv-04094-RAL Richter v. XL Insurance America Inc. et al |

Let's plan on Monday (4/4) at 2 pm CST.

---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, February 27, 2024 1:31 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Protective Order filed in 4:23-cv-04094-RAL Richter v. XL Insurance America Inc. et al

Hi Erin,

Yes XL will respond in writing to your letter, but I think it makes sense to set up a meet and confer to discuss first.  The rest of this week I'm tied up in depositions, but I'm free next Monday or Tuesday if that works for you.  Just let me know.

Thanks,
Nicole



**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716    C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Tuesday, February 27, 2024 2:08 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Protective Order filed in 4:23-cv-04094-RAL Richter v. XL Insurance America Inc. et al

[EXTERNAL]

Thank you, Nicole.

Is XL also reviewing the letter we sent last week regarding its objections to the discovery we served?  When can we expect a response regarding the letter?

1

EXHIBIT

D

Thank you,

Erin

---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, February 27, 2024 1:05 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Protective Order filed in 4:23-cv-04094-RAL Richter v. XL Insurance America Inc. et al

Hi Erin,

I will work to get you those documents this week.

Thanks,
Nicole

 **Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Friday, February 23, 2024 1:53 PM
**To:** Deanne Ayers <dayers@ayersfirm.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** FW: Protective Order filed in 4:23-cv-04094-RAL Richter v. XL Insurance America Inc. et al

**[EXTERNAL]**

Good Afternoon All:

The protective order has been entered.  Please advise when we can expect to receive documents that have been withheld based upon confidentiality.

Thank you,

Erin
Erin Schoenbeck Byre
Attorney At Law
Johnson, Janklow & Abdallah, LLP
101 South Main, Suite 100
Sioux Falls, SD  57101-2348
Phone: 605-338-4304

2

Fax: 605-338-4162
erin@janklowabdallah.com
www.janklowabdallah.com



---

**From:** ecfhelp@sdd.uscourts.gov <ecfhelp@sdd.uscourts.gov>
**Sent:** Friday, February 23, 2024 12:41 PM
**To:** ecfhelp@sdd.uscourts.gov
**Subject:** Protective Order filed in 4:23-cv-04094-RAL Richter v. XL Insurance America Inc. et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of South Dakota**

## Notice of Electronic Filing

The following transaction was entered on 2/23/2024 at 12:40 PM CST and filed on 2/23/2024
**Case Name:**  Richter v. XL Insurance America Inc. et al
**Case Number:**  4:23-cv-04094-RAL
**Filer:**
**Document Number:** 22

**Docket Text:**
**INTERIM PROTECTIVE ORDER. Signed by Chief Judge Roberto A. Lange on 2/23/2024. (CLR)**

**4:23-cv-04094-RAL Notice has been electronically mailed to:**

William C. Garry     bgarry@cadlaw.com, lbruggeman@cadlaw.com

Michael J. Simpson     mike@simpsonsdlaw.com, renea@simpsonsdlaw.com

Scott A. Abdallah     scott@janklowabdallah.com, jennifer@janklowabdallah.com

Deanne C. Ayers     dayers@ayersfirm.com, betty@ayersfirm.com, kim@ayersfirm.com

Erin Schoenbeck Byre    erin@janklowabdallah.com

Charles William Browning    cbrowning@plunkettcooney.com, rrivera@plunkettcooney.com

Nicole C. Ruggirello    nruggirello@plunkettcooney.com, ecummings@plunkettcooney.com

**4:23-cv-04094-RAL This document must be sent in hard copy to:**

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034884494 [Date=2/23/2024] [FileNumber=3821437-0
] [75ace82563bccd40337fa134e34bb35d45366b6ce6054316d07d2e4adcc944b06a3
de2b29d4a168f8f520b63a1a55f661444a6c640277bca47e02047cacc4c30]]