**From:** William Garry <bgarry@cadlaw.com>
**Sent:** Monday, April 22, 2024 4:32 PM
**To:** Scott Abdallah; Deanne Ayers; Ruggirello, Nicole; Erin Schoenbeck Byre
**Cc:** Mike Simpson; Jennifer Herr; Kimberly Brown
**Subject:** RE: Richter - 30b6 Deposition

June 4 works for me.  I will participate via Zoom.  Thanks.  Bill



William C. Garry
CADWELL SANFORD DEIBERT & GARRY LLP
200 E. 10th Street, Suite 200
Sioux Falls, SD 57104
Phone: (605) 336-0828
Fax: (605) 336-6036
Email:  bgarry@cadlaw.com
Website: www.cadlaw.com

NOTICE:  This message (including any attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. § 2510 - 2521, is confidential and may also be protected by attorney/client privilege.  If you believe that it has been sent to you in error, do not read it.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Monday, April 22, 2024 4:24 PM
**To:** Deanne Ayers <dayers@ayersfirm.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; William Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

June 4th works for Mike and me.  Should we lock it in?  Nicole, any update on a preferred location?  How many of you are planning to attend in person and how many by Zoom?  Thanks.

Scott A. Abdallah
Johnson, Janklow & Abdallah, LLP
101 South Main Avenue,  Suite 100
Sioux Falls, SD 57104
Direct 605-275-8542
Office 605-338-4304; Fax 605-338-4162
scott@janklowabdallah.com
www.janklowabdallah.com





EXHIBIT
F

1

**From:** Deanne Ayers <dayers@ayersfirm.com>
**Sent:** Monday, April 22, 2024 3:53 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Scott Abdallah <scott@janklowabdallah.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Re: Richter - 30b6 Deposition

Does June 4 work for everyone?

Deanne C. Ayers
Ayers & Ayers
Ayers Plaza
4205 Gateway Drive
Suite 100
Colleyville, Texas 76034
(817) 267-9009
Licensed in Arizona|Colorado|Massachusetts|Minnesota|Montanta|New York|Oklahoma|South Dakota|Texas

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and is legally privileged. The information contained herein is intended only for the use of the reader of this message.  If you are not the intended recipient, or the employee or agent responsible for delivery of it to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone at (817) 267-9009 and destroy the original message. E-mail communication may not be a secure method of communication. You consent to receive e-mail communication unless you notify me to the contrary. This communication does not reflect an intention by sender or sender's client to conduct a transaction or make an agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, and versions of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**From:** "Ruggirello, Nicole" <NRuggirello@plunkettcooney.com>
**Date:** Monday, April 22, 2024 at 3:49 PM
**To:** Scott Abdallah <scott@janklowabdallah.com>, Deanne Ayers <dayers@ayersfirm.com>, Erin Schoenbeck Byre <erin@janklowabdallah.com>, Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>, Jennifer Herr <jennifer@janklowabdallah.com>, Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Scott,

I was attempting to find a date in May that worked for both Mr. Bauer's and our schedules but no luck.  He is free that first week of June.  Ideally, I would prefer not that Monday, but we could make that work if it is the only date that works for everyone else that week.

Thanks,
Nicole



**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716    C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Monday, April 22, 2024 12:31 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition


**[EXTERNAL]**

Good morning, Nicole.  Just checking to see if you have any further update on 30(b)(6) deposition dates?  With everyone's hectic schedules and the need for travel arrangements, I would like to get this on the calendar as soon as possible.

Thank you.  I look forward to hearing from you.  Scott


Scott A. Abdallah
Johnson, Janklow & Abdallah, LLP
101 South Main Avenue,  Suite 100
Sioux Falls, SD 57104
Direct 605-275-8542
Office 605-338-4304; Fax 605-338-4162
scott@janklowabdallah.com
www.janklowabdallah.com



---

**From:** Scott Abdallah
**Sent:** Friday, April 19, 2024 12:25 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Great.  Thank you.  I am out of the office May 14-20, but can be flexible before that time or after that time.  Otherwise, the first week of June works if that works pretty for everyone else.

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Friday, April 19, 2024 12:23 PM
**To:** Deanne Ayers <dayers@ayersfirm.com>; Scott Abdallah <scott@janklowabdallah.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

I know he had pre-planned time off but I'll certainly see if he can do earlier.  Thanks.

 **Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Deanne Ayers <dayers@ayersfirm.com>
**Sent:** Friday, April 19, 2024 1:17 PM
**To:** Scott Abdallah <scott@janklowabdallah.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Re: Richter - 30b6 Deposition

**[EXTERNAL]**

Let me know if you have earlier May dates and I will try to accommodate.  Best,

Deanne C. Ayers
Ayers & Ayers
Ayers Plaza
4205 Gateway Drive
Suite 100
Colleyville, Texas 76034
(817) 267-9009
Licensed in Arizona|Colorado|Massachusetts|Minnesota|Montanta|New York|Oklahoma|South Dakota|Texas

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and is legally privileged. The information contained herein is intended only for the use of the reader of this message.  If you are not the intended recipient, or the employee or agent responsible for delivery of it to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone at (817) 267-9009 and destroy the original message. E-mail communication may not be a secure method of communication. You consent to receive e-mail communication unless you notify me to the contrary. This communication does not reflect an intention by sender or sender's client to conduct a transaction or make an agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, and versions of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Date:** Friday, April 19, 2024 at 12:12 PM
**To:** "Ruggirello, Nicole" <NRuggirello@plunkettcooney.com>, Deanne Ayers <dayers@ayersfirm.com>, Erin Schoenbeck Byre <erin@janklowabdallah.com>, Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>, Jennifer Herr <jennifer@janklowabdallah.com>, Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Do we really need to wait two months to take Mr. Bauer's deposition?  Are there no other dates in May that work for Mr. Bauer and counsel?  Please let me know.  Thanks.

---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Friday, April 19, 2024 11:33 AM
**To:** Deanne Ayers <dayers@ayersfirm.com>; Scott Abdallah <scott@janklowabdallah.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Deanne – those previous dates do not work for XL.  If May 28, 29, 30 or 31st do not work, I will have to get alternate dates from Mr. Bauer.

 **Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Deanne Ayers <dayers@ayersfirm.com>
**Sent:** Friday, April 19, 2024 12:28 PM
**To:** Scott Abdallah <scott@janklowabdallah.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Re: Richter - 30b6 Deposition
**Importance:** High


<span style="color:red">**[EXTERNAL]**</span>

Scott:

I am booked on multiple depositions in other states across those dates and cannot be available.  I thought May 7-9 were on the table or that depo.  Do those dates not work?  Thanks,

Deanne C. Ayers
Ayers & Ayers
Ayers Plaza
4205 Gateway Drive
Suite 100
Colleyville, Texas 76034
(817) 267-9009

Licensed in Arizona|Colorado|Massachusetts|Minnesota|Montanta|New York|Oklahoma|South Dakota|Texas

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and is legally privileged. The information contained herein is intended only for the use of the reader of this message.  If you are not the intended recipient, or the employee or agent responsible for delivery of it to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone at (817) 267-9009 and destroy the original message. E-mail communication may not be a secure method of communication. You consent to receive e-mail communication unless you notify me to the contrary. This communication does not reflect an intention by sender or sender's client to conduct a transaction or make an agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, and versions of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Date:** Friday, April 19, 2024 at 11:21 AM
**To:** "Ruggirello, Nicole" <NRuggirello@plunkettcooney.com>, Erin Schoenbeck Byre <erin@janklowabdallah.com>, Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>, Jennifer Herr <jennifer@janklowabdallah.com>, Deanne Ayers <dayers@ayersfirm.com>, Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Good morning, Deanne.  Are you available May 28, 29, 30 or 31st for a 30(b)(6) deposition of Defendant XL in Exxon, PA?  Could you please let us know as soon as possible?  Thanks.  Look forward to hearing from you.  Scott


Scott A. Abdallah
Johnson, Janklow & Abdallah, LLP
101 South Main Avenue,  Suite 100
Sioux Falls, SD 57104
Direct 605-275-8542
Office 605-338-4304; Fax 605-338-4162
scott@janklowabdallah.com
www.janklowabdallah.com




---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Friday, April 12, 2024 3:03 PM
**To:** Scott Abdallah <scott@janklowabdallah.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Scott,

Thanks for your patience.  Mr. Bauer is located in Exxon, PA. Regarding your remaining questions, we are awaiting to hear back from our client but will let you know as soon as we do.

Thanks,
Nicole

 **Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Friday, April 12, 2024 2:45 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Re: Richter - 30b6 Deposition


**[EXTERNAL]**

Good afternoon.  May we have a response to this mail?  Thank you.


On Apr 2, 2024, at 3:25 PM, Scott Abdallah <scott@janklowabdallah.com> wrote:


Hi Nicole.  Thanks for your e-mail.  Can we safely assume that, notwithstanding your objections, you and Bill will identify a person for each topic we have listed?  Will there be anyone listed other than Mr. Bauer?  Also, where is Mr. Bauer located?  Thank you, Nicole.  We look forward to hearing from you.  Scott


Scott A. Abdallah
Johnson, Janklow & Abdallah, LLP
101 South Main Avenue,  Suite 100
Sioux Falls, SD 57104
Direct 605-275-8542
Office 605-338-4304; Fax 605-338-4162
scott@janklowabdallah.com
www.janklowabdallah.com

<image002.png>

---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, April 2, 2024 3:15 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>

**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Erin,

Subject to XL's forthcoming objections, XL designates Mr. Peter Bauer, Assistant Vice President, Senior Claims Specialist, in response to certain of the topics.  He is available May 7th, 8th and 9th.

Thanks,
Nicole

<image003.jpg>
**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Friday, March 29, 2024 10:34 AM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition


**[EXTERNAL]**

Good Morning:

Just following up on the 30b6 deposition.

Take care,

Erin

**From:** Erin Schoenbeck Byre
**Sent:** Tuesday, March 19, 2024 4:07 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Thank you, Nicole.  We appreciate it.

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, March 19, 2024 4:06 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

One of the individuals at XL we need to speak with has been out of the office but will be back next week.  I've prioritized this issue though so will keep you updated.

<image003.jpg>

**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716    C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Tuesday, March 19, 2024 5:02 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

**[EXTERNAL]**

Thank you, Nicole.  Do you have a general timeline for a response?

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, March 19, 2024 4:01 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Erin,

We're still reviewing all the topics and hope to get back to you shortly.  Thanks.

<image003.jpg>

**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716    C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Tuesday, March 19, 2024 4:58 PM
**To:** Bill Garry <bgarry@cadlaw.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

[EXTERNAL]

Bill/Nicole:

Do you have any update on the dates/designees for the 30b6 depo?

Erin

**From:** Erin Schoenbeck Byre
**Sent:** Monday, March 11, 2024 12:27 PM
**To:** Bill Garry <bgarry@cadlaw.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Richter - 30b6 Deposition

Hey Bill/Nicole:

We are going to be requesting a 30b6 deposition on the below topics. Will you please provide us the name(s) of the individual(s) and some dates for the depo(s).

Thank you,

Erin

**Topics**:

1.  Protocols, guidelines, policies and procedures from the last ten years that assist Insurer's employees and/or adjusters in handling and/or adjusting workers compensation claims in South Dakota, including the process for determining whether an injury is covered.

2.  Protocols, guidelines, policies and procedures for processing, investigating and valuing workers' compensation claims from the last ten years.

3.  Insurer's denial of Michael Richter's workers' compensation benefits on or about October 5, 2020, and the information insurer used and reviewed to support its denial.

4. The duties and obligations of good faith and fair dealing under South Dakota law when adjusting workers' compensation claims during the past ten years.

5. The duties and responsibilities of Insurer as it relates to the South Dakota Unfair Claims Practices Act.

6. Actions or activities that would constitute bad faith under South Dakota law when adjusting workers' compensation claims during the past ten years.

7. Insurer's protocols, guidelines, procedures or policies for investigating workers' compensation claims decisions which have been appealed or challenged by an injured worker for the past ten years.

8. Insurer's protocols, procedures for resolving or reconciling the opinions of treating doctors that are inconsistent with the opinions of doctors retained to perform Independent Medical Examinations (IME) or Record Reviews during the past ten years.

9. The role generally played by representatives of the Insurer when determining whether a workers' compensation claim is covered during the past ten years.

10. The role generally played by Insurer when determining whether a workers' compensation claim is covered during the past ten years.

11. The roles played by Insurer, XL Insurance Third Party Administrator— Gallagher, and any person or entity that Insurer alleges was involved in the decision to deny Plaintiff's benefits.

12. The responsibilities XL Insurance holds to evaluate and review the work of its Third Party Administrators and agents.

13. The Insurer's employees who played a role in its decision to deny Plaintiff's benefits related to his September 6, 2017 work-related injury.

14. The general claims handling process with respect to Plaintiff's claim.

15. The loss reserves that were determined, set or discussed by the Insurer in relation to Plaintiff's claim.

16. Insurer's responses to Plaintiff's Interrogatories.

17. Time Insurer allotted to process a workers' compensation claim during the past ten years.

18.     Insurer's protocols, policies, procedures and processes for requesting an IME during the past ten years.

19.     Protocols, policies, procedures and processes for selecting a specific doctor to perform an IME during the past ten years.

20.     Vetting process for doctors used to perform an IME or Records Review for the past ten years.

21.     The selection of Dr. Nipper to review Plaintiff's claim for workers' compensation benefits.

22.     The information Dr. Nipper was provided prior to his IME of Plaintiff.

23.     The importance of an IME when determining whether an event was a   major contributing cause to an injury during the past ten years.

24.     Protocols, guidelines policies and procedures following the receipt of an IME report and process for verifying accuracy of the report for the past ten years.

25.     The accuracy of Dr. Nipper's reports and opinions in connection with      Plaintiff's claim for workers' compensation benefits.

26.     The history of Plaintiff's medical treatment and Plaintiff's medical records since his date of injury.

27.     The mechanism of Plaintiff's injury on September 6, 2017.

28.     The investigation of Plaintiff's September 6, 2017, injury including documents reviewed, interviews taken and pictures that were gathered following Plaintiff's injury.

29.     The facts surrounding any regulatory actions that have been filed against Insurer, including but not limited to suspension or revocation proceedings, Market Conduct Examinations, Cease and Desist Orders, Consent Orders, Reports of Examinations, Corrective Orders or Corrective Action Plans, involving Insurer's handling of workers' compensation claims within past ten (10) years.

30.     The facts surrounding any department of Insurance consumer complaints involving Insurer's handling of workers' compensation claims from the past ten (10) years.

31.     The facts surrounding any civil lawsuit alleging insurance bad faith or unfair claims processing filed against Insurer in the past ten (10) years involving a workers' compensation claim.

Erin Schoenbeck Byre
Attorney At Law
Johnson, Janklow & Abdallah, LLP
101 South Main, Suite 100
Sioux Falls, SD  57101-2348
Phone: 605-338-4304
Fax: 605-338-4162
erin@janklowabdallah.com
www.janklowabdallah.com