| | |
|---|---|
| **From:** | William Garry <bgarry@cadlaw.com> |
| **Sent:** | Monday, April 15, 2024 2:48 PM |
| **To:** | Scott Abdallah; Ruggirello, Nicole; Erin Schoenbeck Byre |
| **Cc:** | Mike Simpson; Jennifer Herr; Deanne Ayers; Kimberly Brown; Ron Parsons |
| **Subject:** | RE: Richter - 30b6 Deposition |

Hello Scott – are you available tomorrow for a call with Nicole and me regarding your email.  We are available at 11:00 centra time or after.  Let us know.  Thanks



William C. Garry
CADWELL SANFORD DEIBERT & GARRY LLP
200 E. 10th Street, Suite 200
Sioux Falls, SD 57104
Phone: (605) 336-0828
Fax: (605) 336-6036
Email:  bgarry@cadlaw.com
Website: www.cadlaw.com



NOTICE:  This message (including any attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. § 2510 - 2521, is confidential and may also be protected by attorney/client privilege.  If you believe that it has been sent to you in error, do not read it.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.

---

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Monday, April 15, 2024 2:17 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; William Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>; Ron Parsons <ron@janklowabdallah.com>
**Subject:** RE: Richter - 30b6 Deposition

Nicole:  I spoke to Bill over the weekend regarding XL's delay.  It has now been nearly two weeks since my e-mail on April 2nd and still no response from XL.  I would like to get this deposition on the calendar as soon as possible.  I plan to attend personally in PA.  Could you please provide me with dates by no later than Wednesday for the 30(b)(6) deposition?  Could you also provide me with your preferred location for the deposition?  I will then arrange a court reporter and serve the formal Notice.

I would like to address XL's objections to our informal notice.  The law is well settled that a responding party does not have the right to refuse to attend a Rule 30(b)(6) deposition because it considers the deposition, or any part of it, to be objectionable.  Our courts have made clear that "[i]t is not the prerogative of counsel, but of the court, to rule on objections." *Plaisted v. Gesinger*, 210 F.R.D. 527, 533 (M.D.Penn. 2002).  Under the express terms of Rule 37, it is grounds for sanctions if a party refuses to attend or produce relevant witnesses for a Rule 30(b)(6) deposition:  "The court where the action is pending may, on motion, order sanctions if: (i) a party or a party's officer, director, or managing agent—or a person designated under Rule 30(b)(6) or 31(a)(4)—fails, after being served with proper notice, to appear for that person's deposition."  If a party, for any reason, does not intend to comply with a notice of deposition, it must seek a protective order *before* the deposition is scheduled in the notice to take place.  *See* Fed. R. Civ. P. 37(d)(2)

1

("A failure described in Rule 37(d)(1)(A) is not excused on the ground that the discovery sought was objectionable, unless the party failing to act had a *pending* motion for a protective order under Rule 26(c)."

The named party in a Rule 30(b)(6) deposition has an absolute duty to designate one or more witness who will testify on behalf of the corporation on each of the topics.  Failing to produce a witness who is both prepared and has authority to speak on behalf of the corporation is tantamount to failure to appear, as is sending a witness who only repeats "I don't know" in response to the inquiries.  *See T & W Funding Co. v. Pennant Rent-A-Car Midwest, Inc.*, 21- F.R.D. 730, 735 (D.Kan. 2002).

I want to work with you to accomplish this deposition.  I understand if you want to assert objections to certain topics in order to preserve your rights later.  But, if XL fails to respond or fails to provide a prepared and knowledgeable witness with authority to bind the corporation each topic we previously provided, we will be forced to make a subsequent motion to compel and move for sanctions against XL, including attorney fees, under Rule 37(a)(3)(A), Rule 37(a)(5)(A), and Rule 37(d)(1)(A)(i).

Thank you in advance, Nicole, for your attention to this matter.  We look forward to hearing from you or Bill very soon.  Scott

Scott A. Abdallah
Johnson, Janklow & Abdallah, LLP
101 South Main Avenue,  Suite 100
Sioux Falls, SD 57104
Direct 605-275-8542
Office 605-338-4304; Fax 605-338-4162
scott@janklowabdallah.com
www.janklowabdallah.com



---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Friday, April 12, 2024 3:03 PM
**To:** Scott Abdallah <scott@janklowabdallah.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Scott,

Thanks for your patience.  Mr. Bauer is located in Exxon, PA. Regarding your remaining questions, we are awaiting to hear back from our client but will let you know as soon as we do.

Thanks,
Nicole



**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Friday, April 12, 2024 2:45 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Re: Richter - 30b6 Deposition


**[EXTERNAL]**

Good afternoon.  May we have a response to this mail?  Thank you.


On Apr 2, 2024, at 3:25 PM, Scott Abdallah <scott@janklowabdallah.com> wrote:


Hi Nicole.  Thanks for your e-mail.  Can we safely assume that, notwithstanding your objections, you and Bill will identify a person for each topic we have listed?  Will there be anyone listed other than Mr. Bauer?  Also, where is Mr. Bauer located?  Thank you, Nicole.  We look forward to hearing from you.  Scott


Scott A. Abdallah
Johnson, Janklow & Abdallah, LLP
101 South Main Avenue,  Suite 100
Sioux Falls, SD 57104
Direct 605-275-8542
Office 605-338-4304; Fax 605-338-4162
scott@janklowabdallah.com
www.janklowabdallah.com

<image002.png>


**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, April 2, 2024 3:15 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Erin,

Subject to XL's forthcoming objections, XL designates Mr. Peter Bauer, Assistant Vice President, Senior Claims Specialist, in response to certain of the topics. He is available May 7th, 8th and 9th.

Thanks,
Nicole

**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716    C 248.219.6651
bio | office | vcard | web | linkedin

---

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Friday, March 29, 2024 10:34 AM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition


**[EXTERNAL]**

Good Morning:

Just following up on the 30b6 deposition.

Take care,

Erin

---

**From:** Erin Schoenbeck Byre
**Sent:** Tuesday, March 19, 2024 4:07 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Thank you, Nicole. We appreciate it.

---

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, March 19, 2024 4:06 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

One of the individuals at XL we need to speak with has been out of the office but will be back next week.  I've prioritized this issue though so will keep you updated.

**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Tuesday, March 19, 2024 5:02 PM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

**[EXTERNAL]**

Thank you, Nicole.  Do you have a general timeline for a response?

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Tuesday, March 19, 2024 4:01 PM
**To:** Erin Schoenbeck Byre <erin@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

Hi Erin,

We're still reviewing all the topics and hope to get back to you shortly.  Thanks.

**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Erin Schoenbeck Byre <erin@janklowabdallah.com>
**Sent:** Tuesday, March 19, 2024 4:58 PM
**To:** Bill Garry <bgarry@cadlaw.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** RE: Richter - 30b6 Deposition

[EXTERNAL]

Bill/Nicole:

Do you have any update on the dates/designees for the 30b6 depo?

Erin

**From:** Erin Schoenbeck Byre
**Sent:** Monday, March 11, 2024 12:27 PM
**To:** Bill Garry <bgarry@cadlaw.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Cc:** Scott Abdallah <scott@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Jennifer Herr <jennifer@janklowabdallah.com>; Deanne Ayers <dayers@ayersfirm.com>; Kimberly Brown <kim@ayersfirm.com>
**Subject:** Richter - 30b6 Deposition

Hey Bill/Nicole:

We are going to be requesting a 30b6 deposition on the below topics.  Will you please provide us the name(s) of the individual(s) and some dates for the depo(s).

Thank you,

Erin

**Topics**:

1.  Protocols, guidelines, policies and procedures from the last ten years that assist Insurer's employees and/or adjusters in handling and/or adjusting workers compensation claims in South Dakota, including the process for determining whether an injury is covered.

2.  Protocols, guidelines, policies and procedures for processing, investigating and valuing workers' compensation claims from the last ten years.

3.  Insurer's denial of Michael Richter's workers' compensation benefits on or about October 5, 2020, and the information insurer used and reviewed to support its denial.

4.  The duties and obligations of good faith and fair dealing under South Dakota law when adjusting workers' compensation claims during the past ten years.

5.  The duties and responsibilities of Insurer as it relates to the South Dakota Unfair Claims Practices Act.

6.  Actions or activities that would constitute bad faith under South Dakota law when adjusting workers' compensation claims during the past ten years.

6

7.      Insurer's protocols, guidelines, procedures or policies for investigating   workers' compensation claims decisions which have been appealed or      challenged by an injured worker for the past ten years.

8.      Insurer's protocols, procedures for resolving or reconciling the opinions of treating doctors that are inconsistent with the opinions of doctors   retained to perform Independent Medical Examinations (IME) or Record Reviews during the past ten years.

9.      The role generally played by representatives of the Insurer when determining whether a workers' compensation claim is covered during the past ten years.

10.     The role generally played by Insurer when determining whether a workers' compensation claim is covered during the past ten years.

11.     The roles played by Insurer, XL Insurance Third Party Administrator— Gallagher, and any person or entity that Insurer alleges was involved in the decision to deny Plaintiff's benefits.

12.     The responsibilities XL Insurance holds to evaluate and review the work of its Third Party Administrators and agents.

13.     The Insurer's employees who played a role in its decision to deny Plaintiff's benefits related to his September 6, 2017 work-related injury.

14.     The general claims handling process with respect to Plaintiff's claim.

15.     The loss reserves that were determined, set or discussed by the Insurer    in relation to Plaintiff's claim.

16.     Insurer's responses to Plaintiff's Interrogatories.

17.     Time Insurer allotted to process a workers' compensation claim during the past ten years.

18.     Insurer's protocols, policies, procedures and processes for requesting an IME during the past ten years.

19.     Protocols, policies, procedures and processes for selecting a specific doctor to perform an IME during the past ten years.

20.     Vetting process for doctors used to perform an IME or Records Review for the past ten years.

21.     The selection of Dr. Nipper to review Plaintiff's claim for workers' compensation benefits.

22.    The information Dr. Nipper was provided prior to his IME of Plaintiff.

23.    The importance of an IME when determining whether an event was a    major contributing cause to an injury during the past ten years.

24.    Protocols, guidelines policies and procedures following the receipt of an IME report and process for verifying accuracy of the report for the past ten years.

25.    The accuracy of Dr. Nipper's reports and opinions in connection with    Plaintiff's claim for workers' compensation benefits.

26.    The history of Plaintiff's medical treatment and Plaintiff's medical records since his date of injury.

27.    The mechanism of Plaintiff's injury on September 6, 2017.

28.    The investigation of Plaintiff's September 6, 2017, injury including documents reviewed, interviews taken and pictures that were gathered following Plaintiff's injury.

29.    The facts surrounding any regulatory actions that have been filed against Insurer, including but not limited to suspension or revocation proceedings, Market Conduct Examinations, Cease and Desist Orders, Consent Orders, Reports of Examinations, Corrective Orders or Corrective Action Plans, involving Insurer's handling of workers' compensation claims within past ten (10) years.

30.    The facts surrounding any department of Insurance consumer complaints involving Insurer's handling of workers' compensation claims from the past ten (10) years.

31.    The facts surrounding any civil lawsuit alleging insurance bad faith or unfair claims processing filed against Insurer in the past ten (10) years involving a workers' compensation claim.

Erin Schoenbeck Byre
Attorney At Law
Johnson, Janklow & Abdallah, LLP
101 South Main, Suite 100
Sioux Falls, SD  57101-2348
Phone: 605-338-4304
Fax: 605-338-4162
erin@janklowabdallah.com
www.janklowabdallah.com