| | |
|---|---|
| **From:** | Erin Schoenbeck Byre |
| **Sent:** | Thursday, May 9, 2024 3:20 PM |
| **To:** | Ruggirello, Nicole; Scott Abdallah |
| **Cc:** | Jennifer Herr; Bill Garry; Browning, Charles; Deanne Ayers; Mike Simpson; Renea Koupal; Chidiac, Danielle |
| **Subject:** | RE: Michael Richter vs. XL Insurance America, Inc., et al., 4:23-cv-04094-RAL |
| **Attachments:** | 41 - Order MTC.pdf; MTC BH Lodging.pdf; 29 - Order (MTC).pdf |

Nicole:

Thank you for taking the time to speak with us today.  Following up on our conversation, I want to provide the three recent decisions we have received which pertain to the various discovery issues that we discussed.  Notably, these decisions were issued by the Judge that our MTC will likely be before.  We really do not want to waste the Court's time as it has already ruled, in similar matters, on the issues we discussed. But if the requested information is not produced, we will unfortunately be left no choice.

Please let me know if you have any questions.

Erin

**From:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Sent:** Thursday, May 9, 2024 1:12 PM
**To:** Scott Abdallah <scott@janklowabdallah.com>
**Cc:** Jennifer Herr <jennifer@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>; Browning, Charles <CBrowning@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Renea Koupal <renea@simpsonsdlaw.com>; Chidiac, Danielle <DChidiac@plunkettcooney.com>
**Subject:** RE: Michael Richter vs. XL Insurance America, Inc., et al., 4:23-cv-04094-RAL

Hi Scott,

I'm booked today and tomorrow but wide open Monday – does a time then work for you?



**Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin



EXHIBIT
K

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Thursday, May 9, 2024 9:17 AM
**To:** Ruggirello, Nicole <NRuggirello@plunkettcooney.com>
**Cc:** Jennifer Herr <jennifer@janklowabdallah.com>; Bill Garry <bgarry@cadlaw.com>; Browning, Charles <CBrowning@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Renea Koupal <renea@simpsonsdlaw.com>; Chidiac, Danielle <DChidiac@plunkettcooney.com>
**Subject:** Re: Michael Richter vs. XL Insurance America, Inc., et al., 4:23-cv-04094-RAL

**[EXTERNAL]**

Nicole, do you have time to visit today about your response?  Thank you.

On May 8, 2024, at 5:15 PM, Ruggirello, Nicole <NRuggirello@plunkettcooney.com> wrote:

Scott,

I don't believe XL uses a dedicated deposition location, but I am waiting to hear back from one other individual to confirm.  You may want to check with your preferred court reporter to see if they have an office location proximate to the witness if you wish to proceed in person.

Also please see the attached correspondence regarding discovery.  Once you have had a chance to review, we think it make sense to discuss on a meet and confer.

Thanks,
Nicole

<image001.jpg> | **Nicole C. Ruggirello**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.594.2716   C 248.219.6651
bio | office | vcard | web | linkedin

**From:** Scott Abdallah <scott@janklowabdallah.com>
**Sent:** Saturday, May 4, 2024 9:37 AM
**To:** Jennifer Herr <jennifer@janklowabdallah.com>
**Cc:** Bill Garry <bgarry@cadlaw.com>; Browning, Charles <CBrowning@plunkettcooney.com>; Ruggirello, Nicole <NRuggirello@plunkettcooney.com>; Deanne Ayers <dayers@ayersfirm.com>; Erin Schoenbeck Byre <erin@janklowabdallah.com>; Mike Simpson <Mike@simpsonsdlaw.com>; Renea Koupal <renea@simpsonsdlaw.com>
**Subject:** Re: Michael Richter vs. XL Insurance America, Inc., et al., 4:23-cv-04094-RAL

**[EXTERNAL]**

Good morning, Nicole.  Just checking to see if you have any update on your preferred location for the 30(b)(6) deposition?  Thanks, and have a good weekend.  Scott

On Apr 26, 2024, at 10:50 AM, Jennifer Herr <jennifer@janklowabdallah.com> wrote:

\*\*Please see attached. Thanks.

_____

Jennifer Herr, ACP
*Advanced Certified Paralegal*
Johnson, Janklow & Abdallah, L.L.P.
101 South Main Avenue, Suite 100
Sioux Falls, SD 57104
(605) 338-4304 – office
(605) 338-4162 – fax
jennifer@janklowabdallah.com
www.janklowabdallah.com

<image001.jpg>

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Act, 18 U.S.C. 2210-2521, is confidential and may be legally privileged. This E-mail contains information that is private, confidential, or is protected by the attorney-client work product doctrines, and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this E-mail in error, please immediately notify the sender by replying to this E-mail, and delete the original message and any attachments. Thank you.

<2024-04-26 Letter to Counsel.pdf>
<Notice of 30(b)(6) Depo - Def. XL.pdf>

<2024.05.08 Response to E. Schoenbeck.PDF>
<2024.05.08 - Responses and Objections to 30(b)(6) Deposition of XL.PDF>