UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RICHTER, | 4:23-cv-04094-RAL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS** |
| XL INSURANCE AMERICA INC. and GALLAGHER BASSETT SERVICES, INC., | |
| Defendants. | |

The above-named parties, by and through their respective counsel of record, hereby jointly move this Court to dismiss this action, upon the merits, with prejudice and without costs to any party.

JOHNSON, JANKLOW & ABDALLAH, L.L.P.

Dated: September, 25, 2024       By _____

Scott A. Abdallah
Erin Schoenbeck Byre
101 South Main Avenue, Suite 100
Sioux Falls SD 57104
(605) 338-4304
scott@janklowabdallah.com
erin@janklowabdallah.com

SIMPSON LAW FIRM, PROF. L.L.C.
Michael J. Simpson
1600 Mountain View Road, Suite 110
Rapid City SD 57702
(605) 716-1000
mike@simpsonsdlaw.com

Attorneys for Plaintiff

1

CADWELL SANFORD DEIBERT & GARRY LLP

Dated: _October 10, 2024_

By _____
William C. Garry
200 East 10th Street, Suite 200
Sioux Falls SD 57104
(605) 336-0828
bgarry@cadlaw.com

PLUNKETT COONEY, PC
Nicole Ruggirello
Charles Browning
38505 Woodward Avenue, Suite 100
Bloomfield Hills MI 48304
nruggirello@plunkettcooney.com
cbrowning@plunkettcooney.com

Attorneys for XL Insurance America, Inc.

2

AYERS & AYERS

Dated: 9·30·2024                By _____
                                  Deanne Ayers
                                  4205 Gateway Drive, Suite 100
                                  Colleyville TX 76034
                                  (817) 267-9009
                                  dayers@ayersfirm.com
                                  Attorneys for Defendant
                                  Gallagher Bassett Services, Inc.

3