UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RICHTER, <br><br> Plaintiff, <br><br> vs. <br><br> XL INSURANCE AMERICA, INC., and GALLAGHER BASSETT SERVICES, INC., <br><br> Defendants. | 4:23-CV-4094-CCT <br><br><br> JUDGMENT OF DISMISSAL |

On October 18, 2024, the parties filed a Joint Motion to Dismiss with prejudice, Doc. 67. Based on the request of the parties, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed on its merits, with prejudice and with each party to bear their own costs, expenses, and attorney fees, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated October 22, 2024.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE